SHAHEEN, JACOBS & ROSS, P.C. · 1425 FORD BUILDING · 615 GRISWOLD STREET · DETROIT, MICHIGAN 48226-3993

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

Matthew Dean Souden and
Maria Lisa Souden,

        Debtors.

Case No. 10-70364
Chapter 7
Hon.: Marci B. McIvor

_____/

Shaheen, Jacobs & Ross, P.C. is a debt collector. We are seeking to collect a debt and any information obtained will be used to collect that debt.

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY AS TO CREDITOR TCF NATIONAL BANK AND WAIVING THE PROVISIONS OF FRBP 4001(a)(3)

NOW COMES TCF National Bank, a national banking association, by and through its attorneys Shaheen, Jacobs & Ross, P.C., and for its motion for relief from the automatic stay hereby states as follows:

1.     TCF National Bank ("Bank") has an office located at 17440 College Parkway, 604-02K, Livonia, MI 48152-2363.

2.     Matthew Dean Souden and Maria Lisa Souden (collectively, "Debtors") are individuals residing at 2152 Stone School Circle, Ann Arbor, Michigan 48108. Debtors commenced this case by filing a voluntary petition under Chapter 7 of the Bankruptcy Code on September 30, 2010.

3.     Timothy J. Miller is the standing Chapter 7 Trustee in this matter.

4.     Bank is a secured creditor of the Debtors by reason of the Debtors executing and delivering a Real Estate and Non-Real Estate Secured and Unsecured Fixed or Variable Rate Note & Security Agreement Closed End in the face amount of $87,800.00 ("Agreement") to Bank secured by a mortgage signed by the Debtors ("Mortgage"). Bank holds a valid and recorded mortgage on the Debtors' property commonly known as 2152 Stone School

Circle, Ann Arbor, Michigan 48108 ("Property"). A copy of Agreement and Mortgage are attached hereto as Exhibits "2" and "3", respectively.

5. Debtors are in default under the terms of the Agreement and Mortgage for the reason, among others, that Bank has failed to receive the monthly payments as required under the Agreement.

6. According to the Debtors' schedules, the fair market value of the Property is believed to be approximately $60,903.00.

7. As of October 5, 2010 Bank was owed approximately $71,651.67, plus accruing interest and costs, including reasonable attorney fees, from that date.

8. According to the Debtors' schedules, the City of Ann Arbor also holds an interest in the subject real property and is owed the aggregate amount of $20,000.

9. That pursuant to 11 U.S.C. §362(d)(1), the court shall grant relief from the automatic stay for cause, including lack of adequate protection of an interest in property of a party of interest.

10. Bank's interest in its collateral is not being adequately protected in that Bank is not receiving payments pursuant to the terms of the Agreement and Mortgage.

11. That pursuant to 11 U.S.C. §362(d)(2) the court shall grant relief from the automatic stay if the collateral is not necessary for an effective reorganization and the Debtors lack equity in the collateral.

12. Debtors have filed a chapter 7 case, thus the collateral is not necessary for an effective reorganization and the Debtors lack equity in the Property in excess of their exemptions.

13. Upon information and belief, Debtors, Bank and the City of Ann Arbor have an interest in the aforementioned real property.

14. On October 7, 2010 Bank's counsel attempted to contact Debtors' counsel and the trustee to seek concurrence to the relief sought in this motion. As of the filing of this motion, Bank's counsel has not received concurrence from all parties for the relief sought in its motion.

WHEREFORE, TCF National Bank, a national banking association, respectfully request that this Honorable Court enter the Order Granting Relief from the Automatic Stay attached hereto as Exhibit "1" pursuant to 11 U.S.C. §§362(d)(1) and/or 362(d)(2) and Waive the Provisions of FRBP 4001(a)(3) and grant such further relief that the court shall deem just and equitable.

Respectfully submitted,

SHAHEEN, JACOBS & ROSS, P.C.

By: /s/ Eric J. Carmichael, Esq.
Eric J. Carmichael (P69851)
Attorneys for Creditor TCF National Bank
615 Griswold, 1425 Ford Building
Detroit, Michigan 48226-3993
(313) 963-1301
ecarmichael@sjrlaw.com

Dated: October 8, 2010

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

Matthew Dean Souden and
Maria Lisa Souden,

Debtors.
_____/

Case No. 10-70364
Chapter 7
Hon.: Marci B. McIvor

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY AS TO CREDITOR TCF NATIONAL BANK AND WAIVING THE PROVISIONS OF FRBP 4001(a)(3)

Creditor TCF National Bank, a national banking association, by and through its attorneys, Shaheen, Jacobs & Ross, P.C., having filed a Motion for Relief from the Automatic Stay with respect to the property commonly known as 2152 Stone School Circle, Ann Arbor, Michigan 48108; no parties having filed an objection to said motion; the appropriate time period for objecting to the motion having expired; the Court finding that cause exists to nullify the automatic stay as to Bank; and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED**, that the automatic stay as to Creditor TCF National Bank, and/or its successors and assigns, is hereby lifted. This order is effective immediately upon entry by this Court notwithstanding the provisions of FRBP 4001(a)(3). In the event Creditor deems the Property is physically abandoned by the debtor(s)/homeowner(s)/occupant(s), Creditor may also seek to shorten the Michigan post foreclosure statutory redemption period to the extent permitted by law. Creditor and/or its successors and assigns may, at its option, offer and enter into any forbearance arrangements, loan modification, refinance agreement or any other documents which relate to a loan workout or loss mitigation arrangement with the Debtor(s) which may also affect the collateral securing any loans with Creditor. This order shall be binding and effective despite any conversion of this bankruptcy case to any other chapter under Title 11 of the United States Bankruptcy Code.

# EXHIBIT "1"

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

Matthew Dean Souden and
Maria Lisa Souden,

   Debtors.
_____/

Case No. 10-70364
Chapter 7
Hon.: Marci B. McIvor

Shaheen, Jacobs & Ross, P.C. is a debt collector. We are seeking to collect a debt and any information obtained will be used to collect that debt.

## NOTICE OF CREDITOR TCF NATIONAL BANK'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND TO WAIVE THE PROVISIONS OF FRBP 4001(a)(3)

   Creditor TCF National Bank, a national banking association has filed papers with the court for relief from the automatic stay and to waive the provisions of FRBP 4001(a)(3) with regard to the above captioned bankruptcy case.

   Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

   If you do not want the court to grant the relief, or if you want the court to consider your views on the motion, within fourteen (14) days, you or your attorney must:

   1.  File with the court a written response, objection or an answer, explaining your position at: Eastern District, Southern Division, 211 West Fort Street, 21st Floor, Detroit, Michigan 48226. [1] If you mail your response to the court for filing, you must mail it early enough so the court will **receive it** on or before the date stated above.

You must also mail a copy to:

| | | |
|---|---|---|
| Mr. Matthew D. Souden<br>2152 Stone School Circle<br>Ann Arbor, Michigan 48108 | Mrs. Maria L. Souden<br>2152 Stone School Circle<br>Ann Arbor, Michigan 48108 | Guy T. Conti, Esq.<br>Law Offices of<br>Guy T. Conti, PLLC<br>2002 Hogback Rd., Ste. 11<br>Ann Arbor, MI 48105 |
| Timothy J. Miller, Trustee<br>64541 Van Dyke, Ste. 101-B<br>Washington, MI 48095 | City of Ann Arbor<br>100 N. fifth Avenue<br>P.O. Box 8647<br>Ann Arbor, MI 48107 | Shaheen, Jacobs & Ross, P.C.<br>615 Griswold, 1425 Ford Bldg.<br>Detroit, Michigan 48226 |
| US Trustee<br>211 West Fort Street, Ste 700<br>Detroit, Michigan 48226 | | |

---

[1] Response or answer must comply with F.R. Civ. P. 8(b), (c) and (e).

      2.     If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

Date: October 8, 2010                  SHAHEEN, JACOBS & ROSS, P.C.

By: /s/ Eric J. Carmichael, Esq.
    Eric J. Carmichael (P69851)
Attorneys for Creditor TCF National Bank
615 Griswold, 1425 Ford Building
Detroit, Michigan 48226-3993
(313) 963-1301
ecarmichael@sjrlaw.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:  Case No. 10-70364
 Chapter 7
Matthew Dean Souden and  Hon.: Marci B. McIvor
Maria Lisa Souden,

      Debtors.
_____/

Shaheen, Jacobs & Ross, P.C. is a debt collector. We are seeking to collect a debt and any information obtained will be used to collect that debt.

### CERTIFICATE OF SERVICE

Lori Meadows states and certifies that on October 8, 2010, she did serve a copy of the following documents: Notice of Creditor TCF National Bank's Motion for Relief from the Automatic Stay, Motion for Relief from the Automatic Stay as to Creditor TCF National Bank and Waiving the Provisions of FRBP 4001(a)(3) and this Certificate of Service upon the following ECF participants:

| | |
|---|---|
| Guy T. Conti, Esq. | Timothy J. Miller, Trustee |
| Law Offices of Guy T. Conti, PLLC | 64541 Van Dyke, Ste. 101-B |
| 2002 Hogback Rd., Ste. 11 | Washington, MI 48095 |
| Ann Arbor, MI 48105 | |

by using the ECF system and by placing said documents into envelopes addressed to the above listed individuals, postage fully prepaid thereon, and depositing said envelopes in the U.S. Mail receptacle in Detroit, Michigan.

and I hereby certify that the aforementioned documents were also served upon the following non-ECF participants:

| | | |
|---|---|---|
| Mr. Matthew D. Souden | Mrs. Maria L. Souden | City of Ann Arbor |
| 2152 Stone School Circle | 2152 Stone School Circle | 100 N. fifth Avenue |
| Ann Arbor, Michigan 48108 | Ann Arbor, Michigan 48108 | P.O. Box 8647 |
| | | Ann Arbor, MI 48107 |

US Trustee
211 West Fort Street, Ste 700
Detroit, Michigan 48226

by placing said documents into envelopes addressed to the above listed individuals, postage fully prepaid thereon, and depositing said envelopes in the U.S. Mail receptacle in Detroit, Michigan.

                                                    /s/ Lori Meadows
                                                    Lori Meadows, Secretary
                                                    Shaheen, Jacobs & Ross, P.C.
                                                    1425 Ford Building, 615 Griswold St.
                                                    Detroit, Michigan 48226
                                                    (313) 963-1301

F:\DOCUMENT\TCF\BANKRUPTCY\Souden, Matthew & Maria\BK Filed 09-30-10\Motion for Relief.doc

SHAHEEN, JACOBS & ROSS, P.C. · 1425 FORD BUILDING · 615 GRISWOLD STREET · DETROIT, MICHIGAN 48226-3993

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

Matthew Dean Souden and
Maria Lisa Souden,
         Debtors

Case No. 10-70364
Chapter 7
Hon. Marci B. McIvor

_____/

## STATEMENT OF TCF NATIONAL BANK
## REGARDING
## CORPORATE OWNERSHIP

[ X ] The following entities directly or indirectly own 10% or more of any class of the TCF NATIONAL BANK'S equity interest:

Name: TCF Financial Corporation
Address: 200 Lake Street East, Wayzata, Minnesota 55391-1693

Name: _____
Address: _____

Name: _____
Address: _____

Name: _____
Address: _____

(For additional names, attach an addendum to this form)

[ ] There are no entities that directly or indirectly own 10% or more of any class of the TCF NATIONAL BANK equity interest.

The undersigned entity is the:

[X] Creditor
[ ] Plaintiff
[ ] Defendant

Dated: 10/8/10

_____
Signature of Authorized Individual
For Creditor TCF NATIONAL BANK

Eric J. Carmichael, Esq. (P69851)
Print Name

Attorneys for Creditor TCF National Bank
Title